# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**James L Armstrong Sr**　　　　　　　　　　　　　　)
**SSN: ###-##-8471**　　　　　　　　　　　　　　　　)
**Sadearia J Armstrong**　　　　　　　　　　　　　　)　　CASE NO.: 14-03713-TBB13
**SSN: ###-##-8515**　　　　　　　　　　　　　　　　)
　　　　**Debtors.**　　　　　　　　　　　　　　　　　)

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee, and hereby objects to the following claim filed:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 017 | Altair OH XIII LLC | $7,863.40 |

Basis for Objection

☐　Name of Debtor should be inserted.
☐　Debtor(s)' case number should be inserted.
☐　Form not signed by creditor/attorney/agent.
☒　Other: This claim was filed on 04/03/2015, after the non-governmental bar date of 01/13/2015. This debt was listed in the Debtor's bankruptcy schedules. The Trustee moves this Court to disallow this claim as late-filed, or for such other relief as the Court deems appropriate.

　　　　　　　　　　　　　　　　　　　　　　　/s/ D. Sims Crawford
　　　　　　　　　　　　　　　　　　　　　　　D. Sims Crawford
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 10848
　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35202
　　　　　　　　　　　　　　　　　　　　　　　(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the following by electronic service or U.S. Mail; postage prepaid and properly addressed on April 8, 2015.

The M. Martin Law Firm LLC
Attorney for Debtor
MMARTIN@MARTINFIRMLLC.COM


James L Armstrong Sr
Debtor
47 - 8th Street
Graysville, Al 35073

Sadearia J Armstrong
Joint Debtor
47 - 8th Street
Graysville, Al 35073


Altair OH XIII, LLC
Altair OH XIII, LLC, Creditor
C/o Weinstein And Riley Ps
2001 Western Avenue Ste 400
Seattle, Wa 98121

kc

                                                        /s/ D. Sims Crawford
                                                        TRUSTEE